# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. CR-21-187-C |
| ) | |
| **JOSE LUIS AMADOR-BONILLA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER CONTINUING TRIAL

Before the Court is the Government's Motion to Continue Trial (Doc. 16) filed by the United States of America, requesting that the trial in this matter be continued from October 12, 2021, until the November 2021 trial docket and that the deadline to respond to Defendant's Motion to Dismiss be extended to October 25, 2021. Having carefully considered the Motion to Continue Trial, the Court finds that it should be granted.

The court concludes that Defendant's Motion to Dismiss tolls the Speedy Trial clock until it is resolved. Also, for the reasons stated in the continuance motion, the ends of justice served by the granting of a continuance outweigh the interests of the defendant and the public in a speedy trial. The motion for continuance (Doc. 16) is therefore GRANTED. The trial of this case is CONTINUED to the court's November 2021 trial docket and the deadline to respond to the aforementioned motion is EXTENDED to October 25, 2021.

IT IS SO ORDERED this 6th day of October 2021.

ROBIN J. CAUTHRON
United States District Judge